## CARPENTERS PENSION AND ANNUITY FUNDS
## LOAN APPLICATION

### SECTION D - PROMISSORY NOTE TO REPAY LOAN - RULES AND REGULATIONS

I hereby apply for a loan in the amount of $ _12,000 00_ at _9_ % Interest, with _59_ Monthly Payments of $ _249.10_, and the final payment of $ _249.17_. My first payment is due _12/1/00_. This Loan is made under the rules and regulations of the Carpenters Pension and Annuity Fund. I understand this loan is subject to interest at a fixed rate for the life of the loan. I also understand that the loan, and any interest, must be entirely repaid within five (5) years or fifteen (15) years from the date of the making of the loan. I agree to repay the loan in equally monthly installments. I understand that if I do not pay my loan a suit may be filed and I will be held responsible for all attorney and filing fees.

**All Loans are limited to the amount of Money actually required for the purpose indicated above, or 50% of the amount in the Applicant's Account, but in no case more than $50,000 or less than $2,000.00.**

I fully understand that once I make a loan, I can not be approved for another loan for five (5) years from the initial Loan date.

I fully understand that any payment by the Trustees pursuant to this application constitutes a loan and not a distribution of money from my individual account.

I understand that my monthly payment is due on the 1st of each month. I further understand that if my payment is not received by the 15th of each month, a late charge of 3% of the scheduled payment will be applied.

I understand that when a regularly monthly scheduled payment is NOT received by the Fund Office by the end of the calendar quarter following the calendar quarter in which the payment was due, a default will occur.

I understand that a late payment or a default in the repayment of the outstanding loan will result in an immediate hold being placed on my Cafeteria Benefit.

I understand that my Cafeteria Benefit could become taxable in order to pay my outstanding loan. However, I know I may not have enough monies in this account to save me from going into default.

I understand that only one loan may be outstanding from the Fund at any time and the repayment of an outstanding loan shall not be a valid reason for the granting of another loan.

I understand that a partial prepayment may be made at any time during the length of the loan as long as the amount is equal to at least one years worth of payments and no more than two partial prepayments are permitted during the term of any given loan.

I understand if in the event a default occurs I will have a one-time opportunity to cure my account of the default.

Member please sign and date. _Thomas Johnson_   _Sept 19 2000_
                                  Signature                                        Date

### FOR OFFICE USE ONLY

Approved on behalf of the Carpenters Pension and Annuity Fund

_____ Yes        _____ No

_____     _____ Date_____
Edward Coryell, Co-Chairman            Walter P. Palmer, Jr. Co-Chairman


EXHIBIT 1

```
                    CARPENTERS' BENEFIT FUNDS
                    1803 SPRING GARDEN STREET
                       PHILADELPHIA  PA  19130



THOMAS H JOHNSON
3425 SHEFFIELD ST
PHILA           PA 19136            Soc.Sec.Nbr. 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
                                    Local Union # 1856

Dear Member:


                                              1/16/2002

    Our Records indicate that we have not received the following Loan
    Payments as of the date of this notice.


         DUE                                              TOTAL
         DATE           AMOUNT         LATE FEES          DUE

      11/01/2001        $249.10          $7.47           $256.57
      12/01/2001        $249.10          $7.47           $256.57
       1/01/2002        $249.10          $7.47           $256.57

    Please remit your payment in the amount of    $769.71, which includes
    late fees in the amount of   $22.41 to the Fund Office immediately.
    If payments have been made, please disregard this notice.


    ** Reminder** A loan default occurs when your monthly payment is not
       received by the end of the calendar quarter following the calendar
       quarter in which the payment is due.
```


EXHIBIT



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY
1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430 • FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Frances J. Lafley | Charles O. Erickson, III |
| Larry Dura | Frank T. Lutter |
| John W Hooven | L. Charles Marcon |
| Carl R. Miller | James F. Samaman |
| Guy Pigliacelli | John R. Smith, Jr. |

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

January 16, 2002

```
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
THOMAS H JOHNSON
3425 SHEFFIELD ST
PHILA            PA  19136
```

Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430   •   FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Francis J. Laffey | Charles G. Erickson, III |
| Larry Dunn | Frank T. Lutter |
| John W. Hooven | L. Charles Marcon |
| Carl B. Miller | James F. Sassaman |
| Guy Pigliacelli | John R. Smith, Jr. |

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

February 19, 2002

THOMAS H JOHNSON
3435 SHEFFIELD ST
PHILA            PA   19136

Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure

```
                    CARPENTERS' BENEFIT FUNDS
                    1803 SPRING GARDEN STREET
                      PHILADELPHIA  PA  19130




THOMAS H JOHNSON
3425 SHEFFIELD ST
PHILA              PA 19136            Soc.Sec.Nbr. 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
                                       Local Union # 1856

Dear Member:


                                            2/19/2002

  Our Records indicate that we have not received the following Loan
  Payments as of the date of this notice.


         DUE                                              TOTAL
         DATE              AMOUNT         LATE FEES         DUE

         11/01/2001        $249.10          $7.47         $256.57
         12/01/2001        $249.10          $7.47         $256.57
          1/01/2002        $249.10          $7.47         $256.57
          2/01/2002        $249.10          $7.47         $256.57

  Please remit your payment in the amount of  $1,026.28, which includes
  late fees in the amount of    $29.88 to the Fund Office immediately.
  If payments have been made, please disregard this notice.


  ** Reminder** A loan default occurs when your monthly payment is not
     received by the end of the calendar quarter following the calendar
     quarter in which the payment is due.
```



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430  •  FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Francis J. Laffey | Charles G. Erickson, III |
| Larry Dunn | Frank T. Lutter |
| John W. Hooven | L. Charles Marcon |
| Carl B. Miller | James F. Sassaman |
| Guy Pigliacelli | John R. Smith, Jr. |

CO-COUNSEL
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 19, 2002

THOMAS H JOHNSON
3425 SHEFFIELD ST
PHILA          PA   19136

Dear Member:

**Please be advised that your loan is Close to falling into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

Please take this situation seriously. To avoid a default you must satisfy your outstanding loan requirements and pay your scheduled monthly installments on time. If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you. A Delinquency Notice is included. as a reminder.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Truly Yours,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/jms
enclosure

```
                    CARPENTERS' BENEFIT FUNDS
                    1803 SPRING GARDEN STREET
                       PHILADELPHIA  PA  19130



THOMAS H JOHNSON
3425 SHEFFIELD ST
PHILA           PA 19136           Soc.Sec.Nbr. 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
                                   Local Union # 1856

Dear Member:


                                              3/19/2002

   Our Records indicate that we have not received the following Loan
   Payments as of the date of this notice.


          DUE                                              TOTAL
          DATE            AMOUNT         LATE FEES          DUE

       11/01/2001         $249.10          $7.47          $256.57
       12/01/2001         $249.10          $7.47          $256.57
        1/01/2002         $249.10          $7.47          $256.57
        2/01/2002         $249.10          $7.47          $256.57
        3/01/2002         $249.10          $7.47          $256.57

   Please remit your payment in the amount of  $1,282.85, which includes
   late fees in the amount of    $37.35 to the Fund Office immediately.
   If payments have been made, please disregard this notice.


   ** Reminder** A loan default occurs when your monthly payment is not
      received by the end of the calendar quarter following the calendar
      quarter in which the payment is due.
```



# CARPENTERS
## PENSION AND ANNUITY FUND
## OF PHILADELPHIA & VICINITY

1803 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430   •   FAX 215-569-0368

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell | Walter P. Palmer, Jr. |
| Co-Chairman | Co-Chairman |
| Francis J. Laffey | Charles G. Erickson, III |
| Larry Dunn | Frank T. Lutter |
| John W. Hooven | L. Charles Marcon |
| Carl B. Miller | James F. Sassaman |
| Guy Pigliacelli | John R. Smith, Jr. |

**CO-COUNSEL**
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

March 21, 2002

Thomas Johnson
3425 Sheffield Street
Philadlephia, PA  19136

Dear Mr. Johnson:

     As you are aware, you have borrowed money from the Fund in the amount of $12,000.00 and have failed to repay it in accordance with the terms of the loan.  This failure could result in extremely serious consequences to your legal rights and those of your family.

     You are strongly encouraged to immediately commence payment of this loan.  In that regard, you are directed to contact the Carpenters Pension and Annuity Loan Department at 215-568-0430, ext. 223.  If you fail to do so or if you continue in your delinquency to the Fund, the Board of Administration will be left with no option but to pursue its legal remedies without further notice to you.

     If you or your legal counsel should have any questions regarding the above, please do not hesitate to contact me.

                            Very truly yours,

                            Mary Hackett
                            Carpenters Pension & Annuity Plan Manager

MH/dmk
cc: File



## CARPENTERS
### PENSION AND ANNUITY FUND
### OF PHILADELPHIA & VICINITY

1807 SPRING GARDEN STREET
PHILADELPHIA, PA 19130-3998
215-568-0430   •   FAX 215-569-0368
email:fundadmin@philacarpenter.org
website:philacarpenterfunds.org

**BOARD OF ADMINISTRATION**

| LABOR | MANAGEMENT |
|---|---|
| Edward Coryell *Co-Chairman* | Walter P. Palmer, Jr. *Co-Chairman* |
| Larry Dunn | Frank Boyer |
| John W. Hooven | Charles G. Erickson, III |
| Carl B. Miller | Frank T. Lutter |
| Guy Pigliacelli | James F. Sassaman |
|  | John R. Smith, Jr. |

**CO-COUNSEL**
Sagot, Jennings & Sigmond / Harry Reagan, Esq.

April, 2002

Thomas H. Johnson
3425 Sheffield Street
Philadelphia, PA  19136

Dear Member:

**Please be advised that as of April 1, 2002 your loan has fallen into default.** As explained to you in your Application, on your Benefit Calendar and in your Carpenter's Regional Report certain penalties must be enforced if your loan enters default status.

The following list highlights those penalties:

1.) You can no longer pay the loan back in monthly installments, the full amount of the loan (Principle + Interest) must be paid back in <u>one lump sum</u>.

2.) A Deemed Distribution occurs.

3.) Taxes must be paid on the full amount of the loan. You will receive a 1099R form at the end of every year for the term of the loan.

4.) A 10% penalty must be paid on the full amount of the loan if you are under age 59 1/2.

This is a very serious situation. Please consult a tax advisor for information concerning your financial well-being.

If you have any questions please do not hesitate to call the Annuity Loan Department at (215) 568-0430 ext. 223.

Sincerely,

*Mary Hackett*

Mary Hackett
Pension, Annuity & Savings Plan Manager

MH/dmk
enclosure



CARPENTERS' BENEFIT FUNDS
1803 SPRING GARDEN STREET
PHILADELPHIA  PA  19130


THOMAS H JOHNSON
3425 SHEFFIELD ST
PHILA          PA 19136           Soc.Sec.Nbr. 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
                                  Local Union # 1856

Dear Member:

                                               4/16/2002

Our Records indicate that we have not received the following Loan Payments as of the date of this notice.

| DUE DATE | AMOUNT | LATE FEES | TOTAL DUE |
|---|---|---|---|
| 11/01/2001 | $249.10 | $7.47 | $256.57 |
| 12/01/2001 | $249.10 | $7.47 | $256.57 |
| 1/01/2002  | $249.10 | $7.47 | $256.57 |
| 2/01/2002  | $249.10 | $7.47 | $256.57 |
| 3/01/2002  | $249.10 | $7.47 | $256.57 |
| 4/01/2002  | $249.10 | $7.47 | $256.57 |

Please remit your payment in the amount of $1,539.42, which includes late fees in the amount of $44.82 to the Fund Office immediately. If payments have been made, please disregard this notice.


** Reminder** A loan default occurs when your monthly payment is not received by the end of the calendar quarter following the calendar quarter in which the payment is due.