## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Pennsylvania

Case Number: 02-4547

PLAINTIFF:
**Carpenters Pension and Annuity Fund of Philadelphia and Vicinity and Edward Coryell**

vs.

DEFENDANT:
**Thomas H. Johnson**

For:
Richard J. Defortuna, Esquire
Jennings Sigmond
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106-3683

Received by TALONE & ASSOCIATES to be served on **THOMAS H. JOHNSON, 3425 Sheffield Street, Philadelphia, PA 19136.**

I, Stephen Nardy, being duly sworn, depose and say that on the **27th day of July, 2002 at 1:55 pm, I:**

**SUBSTITUTE SERVED** BY LEAVING A TRUE AND CORRECT COPY OF THIS **Summons & Complaint** AT THE WITHIN NAMED PERSON'S USUAL PLACE OF ABODE, TO A PERSON THEREIN WHO WAS 18 YEARS OF AGE OR OLDER AND WAS IN CHARGE AT THE TIME, AND/OR AUTHORIZED TO ACCEPT, BEING: **Andrea Bell** AS **Live In Girlfriend** AND INFORMING SAID PERSON OF THE CONTENTS THEREOF.

Additional Information pertaining to this Service:
The recipient was cooperative and the telephone-number is 215-624-4480 and the cell telephone-number is 267-971-3637.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: Caucasian, Height: 5'7, Weight: 130, Hair: Blonde/Red, Glasses: N

I am over the age of 18 and have no interest in the above action.

NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 5, 2003

Stephen Nardy
Process Server

Subscribed and Sworn to before me on the 30th day of July, 2002 by the affiant who is personally known to me.

NOTARY PUBLIC

TALONE & ASSOCIATES
423 South 15th Street
Philadelphia, PA 19146-1637
(215) 546-6080

Our Job Serial Number: 2002002080

Copyright © 1992-2001 Database Services, Inc. - Process Server's Toolbox V5.5c