CARPENTERS HEALTH AND WELFARE FUND OF PHILADELPHIA & VICINITY,
et al.
v. THOMAS H. JOHNSON
CIVIL ACTION NO. 02-4547

SAGOT, JENNINGS & SIGMOND ATTORNEYS' FEES - AUGUST 2002

| Date | Attorney | Task | Time |
|---|---|---|---|
| 08/13/02 | CTM | Preparation of Request to Enter Default | .7 |
| 08/20/02 | CTM | Calculate Interest Due<br>Calculate Late Fees<br>Preparation of Motion for Default Judgment | 2.3 |
| 08/22/02 | CTM | Calculate Attorneys Fees<br>Revisions to Motion for Entry of Default Judgment | .5 |
| 08/26/02 | EBM | Review of Request to Enter Default<br>Review of Motion for Default Judgment | .4 |
| 08/26/02 | CTM | Preparation of Motion for Default Judgment for Electronic Court Filing | .6 |

TOTAL HOURS   4.5

August Summary

CTM   4.1 Hrs x $85 /per hour  =   $348.50
RJD   .4 Hrs x $175 /per hour  =   $70.00

August Total   =   $418.50
(6/07/02 to 7/31/02) Total   =   $442.03

GRAND TOTAL   $860.53

Exhibit
1

95899-1

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number  CHWP00-23519-001 SGR
                          Bill date    07/10/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Thomas H. Johnson - Loan Lit.   (23519)

FOR PROFESSIONAL SERVICES RENDERED

06/07/02  SGR    Review of Correspondence from Fund regarding New
                 Loan Default Case
                 Review of Documents
                 Preparation of Intake Memo
                                               .30 hrs  195  /hr     58.50
                                                                 -----------
                 TOTAL FEES                              $           58.50

DISBURSEMENTS

                                                                 -----------
                 TOTAL DISBURSEMENTS                     $             .00

BILLING SUMMARY

                 TOTAL FEES                              $           58.50
                                                                 -----------
                 TOTAL CHARGES FOR THIS BILL             $    .      58.50

REPRINT OF BILLED DETAILS (as billed)

```
                    Bill number CHWP00-23519-002 SGR
                    Bill date    08/09/02
```

Carpenters Health, Welfare & Pension
  Funds of Philadelphia & Vicinity
c/o David Costello
1803 Spring Garden Street
Philadelphia, PA 19130


Thomas H. Johnson - Loan Lit.   (23519)

FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07/05/02 | CTM | Review of Documents from Fund<br>Preparation of Complaint<br>Preparation of Exhibits | 1.50 hrs | 85 /hr | 127.50 |
| 07/05/02 | RJD | Review of Complaint | .10 hrs | 185 /hr | 18.50 |
| 07/08/02 | CTM | Preparation of Summons and Civil Cover Sheets<br>Preparation of Complaint for Electronic Court Filing | .40 hrs | 85 /hr | 34.00 |
| 07/09/02 | CTM | Review of Documents from Court | .10 hrs | 85 /hr | 8.50 |
| 07/16/02 | CTM | Review of Documents from Court<br>Preparation of Complaint for Service<br>Preparation of Letter to Talone regarding Same | .50 hrs | 85 /hr | 42.50 |
| 07/19/02 | CTM | Preparation of Complaint for Service to Secretary of State and Department of Labor<br>Letter to Secretary of State and Department of State regarding Same | .60 hrs | 85 /hr | 51.00 |
| 07/30/02 | CTM | Review of Affidavit of Service from Talone<br>Preparation of Affidavit of Service for Electronic Filing | .60 hrs | 85 /hr | 51.00 |

                                    TOTAL FEES              $      333.00

DISBURSEMENTS

07/30/02 7100 Serve Complaint                                      45.00
07/31/02 COPY Photocopies                                           5.53

            TOTAL DISBURSEMENTS                             $       50.53

BILLING SUMMARY

```
REPRINT OF BILLED DETAILS (as billed)
CHWP00-23519-ALL SGR                                         Page    1


                REPORT TOTALS

                TOTAL FEES                                        391.50

                TOTAL DISBURSEMENTS                                50.53
                                                             ----------
                                                                  442.03



REPRINT OF BILLED DETAILS (as billed)
CHWP00-23519-002 SGR                                         Page    2

                TOTAL FEES                              $         333.00

                TOTAL DISBURSEMENTS                     $          50.53
                                                             ----------
                TOTAL CHARGES FOR THIS BILL             $         383.53
```