IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al.<br><br>  Plaintiffs,<br>v.<br><br>THOMAS H. JOHNSON<br><br>  Defendant. | : CIVIL ACTION<br>:<br>: FILED<br>:<br>:<br>:<br>:<br>:<br>: NO. 02-4547 |

**REQUEST FOR WRIT OF REVIVAL OF JUDGMENT AGAINST**
**THOMAS H. JOHNSON**

TO: Michael E. Kunz, Clerk
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Please issue a Writ of Revival of Judgment entered on September 13, 2002, and indexed in the Judgment Index against Thomas H. Johnson in the amount of $11,847.40 plus interest from September 1, 2002, as provided by 29 U.S.C. §1132(g)(2) and 26 U.S.C. §6621.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

_____
DAWN M. COSTA (ID NO. 90245)
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0616
Attorney for Plaintiffs

Dated: 2/19/2008

193062-1
chwp-23519