# AFFIDAVIT OF SERVICE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PHILADELPHIA

Carpenters Pension And Annuity Fund  
Of Philadelphia And Vicinity, et al.

Civil Action # 02-CV-4547

vs

Thomas H. Johnson

SERVICE OF PROCESS ON: **Thomas H. Johnson**

Joseph O'Donovan, Jr., undersigned, being duly sworn, deposes and says that he was at the time of service, over the age of twenty-one, and not a party to this action;

Date of Service: March 9, 2008 @ 3:30 PM  
Place of Service: 3425 Sheffield Avenue Philadelphia, PA  
Documents Served: Writ of Revival

A true and correct copy of the aforesaid papers were served on the above named party in the following manner:

__X__ Service made on adult family member of defendant's residence, to wit:
   **Adult female cousin of Thomas H. Johnson, who refused name.**

**Description: White, Female, approx. 40 years of age, 5'4, 180 lbs., lite brown/red hair.**

Undersigned declares under penalty of perjury that the foregoing is true and correct

_____    3/11/08    Subscribed & Sworn to before me
Signature of Server           Date       this 11 day of March, 2008

_____
Notary Public

NOTARIAL SEAL  
Shawn F Schaffer  
NOTARY PUBLIC  
City of Philadelphia, Philadelphia County  
My Commission Expires 06/06/2011

**Prepared By: Legal Errands, Inc. PO Box 24866 Philadelphia, PA 19130 (215) 751-1124**