IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al.<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS H. JOHNSON<br><br>Defendant. | CIVIL ACTION<br><br><br><br><br><br><br><br>NO. 02-cv-4547 |

**PRAECIPE FOR ENTRY OF JUDGMENT ON REVIVAL**

TO:   Michael E. Kunz, Clerk
　　　United States District Court
　　　2609 US Courthouse
　　　601 Market Street
　　　Philadelphia, PA  19106

　　　The Writ of Revival of Judgment having been served upon Thomas H. Johnson on March 9, 2008, as appears on the Affidavit of Service filed with the Court, kindly enter judgment on the Writ of Revival in favor of the Plaintiffs and against Defendant in the amount of $11,847.40 plus interest from September 1, 2002, to the date of collection.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JENNINGS SIGMOND, P.C.

　　　　　　　　　　　　　　　　　　　s/ Dawn M. Costa
　　　　　　　　　　　　　　　　　　　DAWN M. COSTA (ID NO. 90245)
　　　　　　　　　　　　　　　　　　　The Penn Mutual Towers, 16th Floor
　　　　　　　　　　　　　　　　　　　510 Walnut Street
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　(215) 351-0616
Dated:   3/31/2008　　　　　　　　　　Attorney for Plaintiffs

193062-1
chwp-23519.PL

## CERTIFICATE OF SERVICE

I, **DAWN M. COSTA, ESQUIRE**, hereby state under penalty of perjury that the foregoing Praecipe for Entry of Judgment of Revival was served on this date, via first class mail, postage pre-paid to the address listed below:

>Thomas H. Johnson
>3425 Sheffield Avenue
>Philadelphia, PA 19136

>s/ Dawn M. Costa
>DAWN M. COSTA, ESQUIRE

Date: 3/31/2008

**THIS DOCUMENTS HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

193062-1
chwp-23519.PL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al. | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| THOMAS H. JOHNSON | : |
| Defendant. | : NO. 02-cv-4547 |

## JUDGMENT OF REVIVAL

AND NOW, this _____ day of _____, 2008, it appearing that Defendant Thomas H. Johnson was served with the Writ of Revival of Judgment on March 9, 2008, the judgment entered in Civil Action No. 02-cv-4547 on September 13, 2002, it is hereby revived in favor of the Plaintiffs and against Defendant in the amount of $11,847.40 plus interest from September 1, 2002, as provided in the judgment.

BY THE CLERK:
MICHAEL KUNZ

By: _____
Deputy Clerk

DATE:_____

193062-1
chwp-23519.PL