IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA



| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al. | : CIVIL ACTION |
| Plaintiffs, | : |
| v. | : |
| THOMAS H. JOHNSON | : |
| Defendant. | : NO. 02-cv-4547 |

### PRAECIPE FOR ENTRY OF JUDGMENT ON REVIVAL

TO:   Michael E. Kunz, Clerk
      United States District Court
      2609 US Courthouse
      601 Market Street
      Philadelphia, PA  19106

The Writ of Revival of Judgment having been served upon Thomas H. Johnson on

March 9, 2008, as appears on the Affidavit of Service filed with the Court, kindly enter judgment

on the Writ of Revival in favor of the Plaintiffs and against Defendant in the amount of

$11,847.40 plus interest from September 1, 2002, to the date of collection.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

s/ Dawn M. Costa
DAWN M. COSTA (ID NO. 90245)
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0616

Dated:     3/31/2008          Attorney for Plaintiffs

193062-1
chwp-23519.PL

## CERTIFICATE OF SERVICE

I, **DAWN M. COSTA, ESQUIRE,** hereby state under penalty of perjury that the

foregoing Praecipe for Entry of Judgment of Revival was served on this date, via first class mail,

postage pre-paid to the address listed below:

Thomas H. Johnson
3425 Sheffield Avenue
Philadelphia, PA 19136

s/ Dawn M. Costa
DAWN M. COSTA, ESQUIRE

Date: ___3/31/2008___

**THIS DOCUMENTS HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CARPENTERS PENSION AND ANNUITY
FUND OF PHILADELPHIA AND VICINITY, et al.

                            Plaintiffs,

           v.

THOMAS H. JOHNSON

                          Defendant.

:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION

NO. 02-cv-4547

## JUDGMENT OF REVIVAL

AND NOW, this _____ day of _____, 2008, it appearing that

Defendant Thomas H. Johnson was served with the Writ of Revival of Judgment on March 9,

2008, the judgment entered in Civil Action No. 02-cv-4547 on September 13, 2002, it is hereby

revived in favor of the Plaintiffs and against Defendant in the amount of $11,847.40 plus interest

from September 1, 2002, as provided in the judgment.

                                  BY THE CLERK:
                                  MICHAEL KUNZ

                         By: _____
                              Deputy Clerk

DATE:_____

193062-1
chwp-23519.PL