IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS PENSION AND ANNUITY FUND OF PHILADELPHIA AND VICINITY, et al.<br><br>Plaintiffs,<br>v.<br><br>THOMAS H. JOHNSON<br><br>Defendant. | CIVIL ACTION<br><br>FILED<br><br>MICHAEL KUNZ, Clerk<br>_____ Dep. Clerk<br><br>NO. 02-cv-4547 |

## JUDGMENT OF REVIVAL

AND NOW, this 2nd day of April, 2008, it appearing that Defendant Thomas H. Johnson was served with the Writ of Revival of Judgment on March 9, 2008, the judgment entered in Civil Action No. 02-cv-4547 on September 13, 2002, it is hereby revived in favor of the Plaintiffs and against Defendant in the amount of $11,847.40 plus interest from September 1, 2002, as provided in the judgment.

BY THE CLERK:
MICHAEL KUNZ

By: _____
Deputy Clerk

DATE: 4/2/08

193062-1
chwp-23519.PL